| | |
|---|---|
| 1 | Jared T. Walker (SB#269029) |
| 2 | 1104 Corporate Way<br>Sacramento, CA 95831 |
| 3 | T: (916) 476-5044<br>F: (916) 476-5064 |
| 4 | jared@saclawoffices.com |
| 5 | Attorney for Plaintiff, |
| 6 | TAMMY L. FRAYER |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY L. FRAYER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner of Operations for the<br>Social Security Administration,<br><br>　　　　Defendant. | Case No.: 2:17-cv-02437-EFB<br><br>STIPULATION FOR EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty-five (35) days until May 30, 2018. This is Plaintiff's first request for an extension of time. Plaintiff only recently retained undersigned counsel, who since appearing in this action last week has not had an adequate opportunity to review the administrative record in this matter or prepare Plaintiff's opening brief. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: April 25, 2018                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ *JARED WALKER*
　　　　　　　　　　　　　　　　　　　Jared T. Walker,
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

---

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

SO STIPULATED:

                MCGREGOR W. SCOTT
                United States Attorney

Dated:          By:  /s/ *Marcelo N. Illarmo\**
              (\**authorized by e-mail on 4/25/2018*)
              Marcelo N. Illarmo
              Special Assistant United States Attorney
              Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: April 26, 2018.

           _____
           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE