| | |
|---|---|
| 1<br>2<br>3<br>4 | Jared T. Walker (SB#269029)<br>1104 Corporate Way<br>Sacramento, CA 95831<br>T: (916) 476-5044<br>F: (916) 476-5064<br>jared@saclawoffices.com |
| 5<br>6 | Attorney for Plaintiff,<br>TAMMY L. FRAYER |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY L. FRAYER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner of Operations for the<br>Social Security Administration,<br><br>　　　Defendant. | Case No.: 2:17-cv-02437-EFB<br><br>STIPULATION FOR SECOND EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff will have fourteen (14) days from the current date to file her motion for summary judgment, making Plaintiff's filing deadline June 20, 2018. This is Plaintiff's second request for an extension of time. Since substituting into this action, undersigned counsel was associated into a protracted state court lawsuit with pressing deadlines which for the last month has consumed counsel's practice. Undersigned counsel apologizes to the Court and opposing counsel for the inconvenience of this request. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: June 6, 2018　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ *JARED WALKER*
　　　　　　　　　　　　　　　　　　　　Jared T. Walker,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

STIPULATION FOR SECOND EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF

SO STIPULATED:

                                         MCGREGOR W. SCOTT
                                         United States Attorney

Dated:                                 By:   /s/ *Marcelo N. Illarmo**
                                        (**authorized by e-mail on 6/7/2018*)
                                        Marcelo N. Illarmo
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

                                      <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: June 7, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE